IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REBECCA WILSON,** | § | |
| *Plaintiff.* | § | |
| | § | |
| v. | § | Case No. _____ |
| | § | |
| **CITY OF HOUSTON,** | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

Defendant THE CITY OF HOUSTON ("Houston"), files this notice of removal pursuant to 28 U.S.C. Section 1441(a) and 1443, and in support thereof states as follows:

1. Plaintiff Rebecca Wilson ("Wilson") filed her Original Petition in the 281st Judicial District Court of Harris County, Texas, Cause Number 2013-74000, on December 10, 2013, alleging that Houston discriminated against her on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 USC 2000e et seq ("Title VII"). Wilson made a jury demand in state court.

2. Removal is proper because Wilson's suit involves a federal question, 28 U.S.C. Sections 1331 and 1441(a), and because it is a civil rights case under Title VII, 28 U.S.C. Section 1443.

3. Venue is proper in this district court under 28 U.S.C. Section 1441(a) because the state court where the suit has been pending is located in this district.

4. Houston was served with process on December 20, 2013. Houston has filed this notice of removal within the 30-day time period required under 28 U.S.C. Section 1446(b)(1).

5. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. Sections 1446(a) and 1447(b) and Local Rule 81 of the U.S. District for the Southern District of Texas.

6. Defendants will promptly file a copy of this notice and attachments in the state court. 28 U.S.C. Section 1446(d).

For the reasons stated above, Defendants the CITY OF HOUSTON respectfully requests the Court to remove the suit to the Southern District of Texas, Houston Division.

    Respectfully submitted,

    DAVID M. FELDMAN
    City Attorney

    LYNETTE K. FONS
    First Assistant City Attorney

    DONALD J. FLEMING
    Section Chief, Labor, Employment & Civil Rights

    /s/ Mayra Cuello
    MAYRA CUELLO, Assistant City Attorney
    SBN:   24074096
    FIN:  1305683
    City of Houston Legal Department
    P.O. Box 368
    Houston, TX 77001-0368
    mayra.cuello@houstontx.gov
    (832) 393-6270 TEL.
    (832) 393-6259 FAX
    ATTORNEY-IN-CHARGE

    SUZANNE R. CHAUVIN
    Senior Assistant City Attorney
    FBN: 14512
    TBN: 04160600
    Phone No. 832-393-6219
    suzanne.chauvin@houstontx.gov

    City Attorney's Office
    Labor, Employment and Civil Rights Section
    P.O. Box 368
    Houston, TX 77001-0368
    Fax No. 832-393-6259
    **ATTORNEYS FOR DEFENDANT**
    **THE CITY OF HOUSTON**

## **CERTIFICTE OF SERVICE**

  I certify that on January 16, 2014, a copy of the foregoing document, Defendants Notice of Removal, was served by certified U.S. mail, return receipt requested, on the following attorneys for Plaintiff Rebecca Wilson:

Peter Costea
Three Riverway, Suite 1800
Houston, TX  77056
**CMRRR**

              /s/  MAYRA CUELLO